UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  ADV #
JOSEPH THOMAS, )  ~~BK No.~~: 16-00147
         Debtor, )  BK #: 15 B 18654
DANIEL MCDUFFIE, PLAINTIFF )  Chapter: 7
 )  Honorable Bruce W. Black
JOSEPH THOMAS, DEFENDANT )  Joliet
         Debtor(s) )

**Order Granting/Denying Motion to Continue Trial, Motion For An Extension of Time to Comply With the Court's Trial Order and Motion to Waive Trial Bar Membership For This Trial**

The Motion to Continue the Trial is ~~Granted/~~Denied. ~~A new trial order will be entered and Trial is now set for~~

~~The Motion For An Extension of Time to Comply with the Trial Order is Granted/Denied.~~

The Motion to Waive Trial Bar Membership is Granted/~~Denied~~.


Enter:

_____
Bruce W. Black
United States Bankruptcy Judge

Dated: 2 DEC 2016

**Prepared by:**
Anthony D. Andrews
Attorney for Daniel McDuffie
18027 Harwood Ave.-Upper Level
Homewood, IL 60430
Phone: 708-922-9292
Fax: 708-922-9592

Rev: 20130104_bko