## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>Joseph Thomas,<br><br>　　　Debtor.<br>_____<br>Daniel McDuffie,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Joseph Thomas,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Bankruptcy No: 15 B 18654<br><br>Judge Bruce W. Black<br><br><br><br>**Adversary No: 16 A 00147** |

### JUDGMENT

　　On this 12th day of December, 2016, this adversary proceeding came on for trial. The plaintiff was represented by attorney Anthony Andrews. The defendant was represented by attorney Wade Arends.

　　At the close of the plaintiff's case, the defendant's motion for a finding in his favor was granted, for reasons stated on the record in open court.

　　Accordingly, judgment is entered in favor of the defendant and against the plaintiff. The clerk is directed to close this adversary proceeding.

Dated: December 12, 2016

ENTER:

*/s/ Bruce W. Black*
Bruce W. Black
United States Bankruptcy Judge